AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Nathan, Alison J. | U.S. District Court, Southern District of New York | 12/15/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active Status | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☑ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

U.S. Courthouse
40 Foley Square
New York, NY 10007

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | ▮▮▮▮▮▮ Salary |
| 2. | 2013 | ▮▮▮▮▮▮▮▮▮▮▮▮ |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | Sallie Mae | Student Loans | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nathan, Alison J. | 12/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Aberdeen Emerging Markets Fund ABEMX | A | Dividend | J | T | Buy | 11/21/13 | J | | |
| 2. American Century Diversified Bond Fund, ADFX | A | Dividend | J | T | Sold (part) | 04/08/13 | J | A | |
| 3. | | | | | Sold (part) | 08/21/13 | J | A | |
| 4. American Centruy Short, APOIX | A | Dividend | J | T | Sold (part) | 02/04/13 | J | A | |
| 5. | | | | | Sold (part) | 04/08/13 | J | A | |
| 6. | | | | | Sold (part) | 06/28/13 | J | A | |
| 7. Arbitrage Funds CL I, ARBNX | A | Dividend | | | Sold | 11/25/13 | J | A | |
| 8. Blackrock Global Allocation, MDLOX (Y) | | | | | | | | | |
| 9. Blackrock Global Long Short Credit Fund BGCIX | A | Dividend | J | T | Buy | 06/28/13 | J | | |
| 10. | | | | | Buy (add'l) | 08/21/13 | J | | |
| 11. | | | | | Sold (part) | 09/06/13 | J | A | |
| 12. | | | | | Buy (add'l) | 11/08/13 | J | | |
| 13. | | | | | Sold (part) | 11/21/13 | J | | |
| 14. BlackRock Latin America, MALTX | A | Dividend | | | Sold | 04/08/13 | J | A | |
| 15. Delaware National High Yield Muni Bond DVHIX | A | Dividend | J | T | Buy | 11/25/13 | J | | |
| 16. Delaware Select Growth, VAGGX | A | Dividend | | | Sold | 06/28/13 | J | A | |
| 17. Dreyfus Appreciation DGAGX | A | Dividend | | | Sold | 04/08/13 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nathan, Alison J. | 12/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Dreyfus IntL Stock, DISRX (Y) | | | | | | | | | |
| 19. Dreyfus Laurel Funds DSTRX | A | Dividend | | | Buy | 09/06/13 | J | | |
| 20. | | | | | Sold | 11/25/13 | J | A | |
| 21. Eaton Vance Diversified Currency Income Fund EIIMX | A | Dividend | | | Buy | 04/08/13 | J | | |
| 22. | | | | | Sold (part) | 06/28/13 | J | A | |
| 23. | | | | | Sold | 08/21/13 | J | A | |
| 24. Eaton Vance Floating Rate Fund EIBLX | A | Dividend | J | T | Sold (part) | 04/08/13 | J | A | |
| 25. | | | | | Buy (add'l) | 06/28/13 | J | | |
| 26. | | | | | Buy (add'l) | 11/08/13 | J | | |
| 27. | | | | | Buy (add'l) | 11/22/13 | J | | |
| 28. Eaton Vance Floating, EIFAX | A | Dividend | J | T | Sold (part) | 11/25/13 | J | A | |
| 29. Eaton Vance Tax Adv Bond, EIBSX | A | Dividend | | | Sold (part) | 11/08/13 | J | A | |
| 30. | | | | | Sold | 11/25/13 | J | A | |
| 31. FBR Balanced Fund, AFBA (Y) | | | | | | | | | |
| 32. Fidelity Advantage Floating, FFRIX (Y) | | | | | | | | | |
| 33. Fidelity Advisor Biotechnology Fund FBTIX | A | Dividend | J | T | Buy | 11/21/13 | J | | |
| 34. Fidelity Advisor Industrials Fund FCLIX | A | Dividend | J | T | Buy | 11/21/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nathan, Alison J. | 12/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fidelity Advisor Materials Fund FMFEX | A | Dividend | J | T | Buy | 11/08/13 | J | | |
| 36. | | | | | Buy (add'l) | 11/22/13 | J | | |
| 37. Fiduciary/Clay MLP Opp FMO | A | Dividend | J | T | Buy | 11/13/13 | J | | |
| 38. First Eagle Gold Fund FEGIX | A | Dividend | | | Buy | 04/08/13 | J | | |
| 39. | | | | | Sold | 06/28/13 | J | A | |
| 40. Henessy Equity Fund, HEIFX (Y) | | | | | | | | | |
| 41. Invesco Balanced Risk, ABRYX | A | Dividend | J | T | Buy (add'l) | 02/04/13 | J | | |
| 42. | | | | | Buy (add'l) | 04/08/13 | J | | |
| 43. | | | | | Sold (part) | 11/08/13 | J | A | |
| 44. | | | | | Sold (part) | 11/25/13 | J | A | |
| 45. Invesco Convertible Fund CNSDX | A | Dividend | | | Buy | 09/06/13 | J | | |
| 46. | | | | | Sold | 11/25/13 | J | A | |
| 47. Ishares US Consumer Goods EFT IYK | A | Dividend | J | T | Buy | 11/13/13 | J | | |
| 48. | | | | | Sold (part) | 11/25/13 | J | A | |
| 49. Ivy Global Natural Resources, IGNAX (Y) | | | | | | | | | |
| 50. Janus Short Term Bond, JSHIX | A | Dividend | | | Sold | 11/08/13 | J | A | |
| 51. Kayne Anderson MLP | A | Dividend | J | T | Buy | 11/13/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nathan, Alison J. | 12/15/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  Loomis Sayles Core Plus, NERYX | A | Dividend | | | Sold (part) | 02/04/13 | J | A | |
| 53. | | | | | Sold (part) | 04/08/13 | J | A | |
| 54. | | | | | Sold (part) | 09/06/13 | J | A | |
| 55. | | | | | Buy (add'l) | 04/08/13 | J | | |
| 56. | | | | | Buy (add'l) | 09/06/13 | J | | |
| 57. | | | | | Sold | 11/21/13 | J | A | |
| 58.  Loomis Sayles Invt Grade, LSIIX | A | Dividend | | | Sold (part) | 02/04/13 | J | A | |
| 59. | | | | | Sold (part) | 04/08/13 | J | A | |
| 60. | | | | | Sold | 09/06/13 | J | A | |
| 61.  Lord Abbott Short, LDLFX | A | Dividend | J | T | Sold (part) | 04/08/13 | J | A | |
| 62. | | | | | Sold (part) | 06/28/13 | J | A | |
| 63. | | | | | Buy (add'l) | 11/08/13 | J | | |
| 64. | | | | | Sold (part) | 11/08/13 | J | A | |
| 65. | | | | | Sold (part) | 11/21/13 | J | A | |
| 66.  Mainstay High Yield, MYHIX | A | Dividend | J | T | Buy (add'l) | 11/08/13 | J | | |
| 67. | | | | | Sold (part) | 11/21/13 | J | A | |
| 68.  Mainstay Large CAP Growth (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nathan, Alison J. | 12/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Mainstay Marketfield, MFLDX | A | Dividend | J | T | Buy (add'l) | 04/08/13 | J | | |
| 70. | | | | | Buy (add'l) | 06/28/13 | J | | |
| 71. | | | | | Buy (add'l) | 08/21/13 | J | | |
| 72. | | | | | Buy (add'l) | 11/08/13 | J | | |
| 73. | | | | | Sold (part) | 11/08/13 | J | A | |
| 74. | | | | | Sold (part) | 11/21/13 | J | A | |
| 75. MainStay UnConstrained Bond Fd MSDIX | A | Dividend | | | Buy | 11/08/13 | J | | |
| 76. | | | | | Sold | 11/25/13 | J | | |
| 77. MFS Emerging Markets, MEDIX | A | Dividend | | | Buy (add'l) | 04/08/13 | J | | |
| 78. | | | | | Sold | 06/28/13 | J | A | |
| 79. MFS Munii Limited, MTLIX | A | Dividend | J | T | Sold (part) | 11/08/13 | J | A | |
| 80. | | | | | Sold (part) | 11/25/13 | J | A | |
| 81. MFS Utilities FD CL 1, MMUIX | A | Dividend | J | T | Sold (part) | 04/08/13 | J | A | |
| 82. | | | | | Buy (add'l) | 11/21/13 | J | | |
| 83. Neuberger Berman Absol Rtrn Multi Mgr Fd NABIX | A | Dividend | J | T | Buy | 09/06/13 | J | | |
| 84. | | | | | Buy (add'l) | 11/08/13 | J | | |
| 85. | | | | | Buy (add'l) | 11/21/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nathan, Alison J. | 12/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Neuberger Berman Equity, NBHIX | A | Dividend | | | Sold | 11/08/13 | J | | |
| 87. Neuberger Berman Multi Cap Opp fund NMULX | A | Dividend | J | T | Buy | 11/08/13 | J | | |
| 88. | | | | | Buy (add'l) | 11/21/13 | J | | |
| 89. Neuberger Berman Strategy, NSTLX | A | Dividend | J | T | Buy (add'l) | 04/08/13 | J | | |
| 90. | | | | | Sold (part) | 06/28/13 | J | A | |
| 91. | | | | | Sold (part) | 11/08/13 | J | A | |
| 92. | | | | | Sold (part) | 11/25/13 | J | A | |
| 93. Nuveen Global, FGIYX | A | Dividend | J | T | Buy (add'l) | 04/08/13 | J | | |
| 94. | | | | | Buy (add'l) | 11/21/13 | J | | |
| 95. Oppenheimer Gold OGMYX | A | Dividend | | | Sold (part) | 04/08/13 | J | A | |
| 96. | | | | | Buy (add'l) | 09/06/13 | J | | |
| 97. | | | | | Sold | 11/25/13 | J | | |
| 98. Pimco All Asset All Authority, PAUPX | A | Dividend | J | T | Buy (add'l) | 09/06/13 | J | | |
| 99. | | | | | Sold (part) | 11/08/13 | J | A | |
| 100. Pimco Fundamental Indexplus AR Fund | A | Dividend | J | T | Buy | 04/08/13 | J | | |
| 101. | | | | | Sold (part) | 11/08/13 | J | A | |
| 102. Pimco Global Multi, PGAPX | A | Dividend | J | T | Sold (part) | 04/08/13 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nathan, Alison J. | 12/15/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Pimco Income Fund Class P PONPX | A | Dividend | | | Buy | 11/08/13 | J | | |
| 104. | | | | | Sold | 11/25/13 | J | A | |
| 105. Pimco Real Estate Real Return Strategy Fund Class PETPX | A | Dividend | | | Buy | 04/08/13 | J | | |
| 106. | | | | | Sold | 09/11/13 | J | | |
| 107. Powershares DYN Oil and Gas, PXJ | A | Dividend | J | T | Sold (part) | 04/10/13 | J | A | |
| 108. Prudential Short duration High Yield Income Fd HYSZX | A | Dividend | | | Buy | 11/08/13 | J | | |
| 109. | | | | | Sold | 11/25/13 | J | A | |
| 110. Robeco BP Long Short, BPLSX | A | Dividend | J | T | Buy (add'l) | 04/08/13 | J | | |
| 111. | | | | | Buy (add'l) | 11/08/13 | J | | |
| 112. Robeco BL Long short Research BPIRX | A | Dividend | J | T | Buy | 11/25/13 | J | | |
| 113. RS Floating Rate Fund, RSFYX | A | Dividend | J | T | Buy (add'l) | 04/08/13 | J | | |
| 114. | | | | | Buy (add'l) | 06/28/13 | J | | |
| 115. | | | | | Sold (part) | 09/06/13 | J | A | |
| 116. | | | | | Buy (add'l) | 11/22/13 | J | | |
| 117. RS Global Natural, RSNYX | A | Dividend | J | T | Buy (add'l) | 02/04/13 | J | | |
| 118. | | | | | Sold (part) | 04/08/13 | J | A | |
| 119. | | | | | Sold (part) | 11/08/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nathan, Alison J. | 12/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. SPDR KBW Regional Banking EFT KRE | A | Dividend | J | T | Buy | 07/02/13 | J | | |
| 121. | | | | | Sold (part) | 11/25/13 | J | A | |
| 122. Sunamerica Alternative, SUNWX (Y) | | | | | | | | | |
| 123. Sunamerica Focused, FDSAX | A | Dividend | J | T | Buy (add'l) | 09/13/13 | J | | |
| 124. SunAmerica Focused Dividend Strategy FDSWX | A | Dividend | J | T | Sold (part) | 10/09/13 | J | | |
| 125. | | | | | Buy (add'l) | 11/21/13 | J | | |
| 126. T Rowe Price Capital Appreciation Fd Retail PRWCX | A | Dividend | J | T | Buy | 11/08/13 | J | | |
| 127. | | | | | Buy (add'l) | 11/21/13 | J | | |
| 128. Templeton Frontier FFRZX | A | Dividend | J | T | Buy | 11/21/13 | J | | |
| 129. Templeton Glbl Bond Fund, TGBAX | A | Dividend | J | T | Buy (add'l) | 02/04/13 | J | | |
| 130. | | | | | Buy (add'l) | 04/08/13 | J | | |
| 131. | | | | | Sold (part) | 06/28/13 | J | A | |
| 132. | | | | | Sold (part) | 11/21/13 | J | A | |
| 133. The Merger Fund, MERFX | A | Dividend | | | Sold (part) | 04/08/13 | J | A | |
| 134. | | | | | Sold | 11/25/13 | J | A | |
| 135. The Oakmark Intl Fund | A | Dividend | J | T | Buy | 02/04/13 | J | | |
| 136. | | | | | Buy (add'l) | 04/08/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. | | | | | Buy (add'l) | 06/28/13 | J | | |
| 138. | | | | | Sold (part) | 11/08/13 | J | A | |
| 139. | | | | | Sold (part) | 11/21/13 | J | A | |
| 140. Touchstone Sands Capital Select Growth Fund CFSIX | A | Dividend | J | T | Buy | 06/28/13 | J | | |
| 141. | | | | | Buy (add'l) | 07/16/13 | J | | |
| 142. | | | | | Buy (add'l) | 09/11/13 | J | | |
| 143. | | | | | Sold (part) | 10/09/13 | J | A | |
| 144. | | | | | Buy (add'l) | 11/21/13 | J | | |
| 145. Vanguard Energy ETF VDE | A | Dividend | J | T | Buy | 11/25/13 | J | | |
| 146. Virtus Permium Alpha, VAPIX | A | Dividend | | | Sold (part) | 04/08/13 | J | A | |
| 147. | | | | | Sold | 06/28/13 | J | A | |
| 148. Wells Fargo Absolute Return Fd WARDX | A | Dividend | J | T | Buy | 04/08/13 | J | | |
| 149. | | | | | Buy (add'l) | 11/08/13 | J | | |
| 150. | | | | | Sold (part) | 11/21/13 | J | A | |
| 151. Yacktman Fund CL Service, YACKX | A | Dividend | J | T | Buy (add'l) | 11/08/13 | J | | |
| 152. | | | | | Buy (add'l) | 11/21/13 | J | | |
| 153. | | | | | Sold (part) | 11/21/13 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nathan, Alison J. | 12/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Apple Inc Stock, AAPL | A | Dividend | K | T | | | | | |
| 155. Powershares Water Resources FD, PHO (Y) | | | | | | | | | |
| 156. Emigrant Direct Savings Account | A | Interest | K | T | | | | | |
| 157. Bank of America Checking Account | A | Interest | J | T | | | | | |
| 158. Chase Checking Account | A | Interest | J | T | | | | | |
| 159. TD Ameritrade Cash Account | A | Interest | K | T | | | | | |
| 160. Vanguard FTSE Social Index | A | Dividend | L | T | Buy (add'l) | 12/31/13 | J | | |
| 161. Vanguard Target Retirement 2040 | C | Dividend | N | T | Buy (add'l) | 03/31/13 | J | | |
| 162. | | | | | Buy (add'l) | 06/30/13 | J | | |
| 163. | | | | | Buy (add'l) | 09/30/13 | J | | |
| 164. | | | | | Buy (add'l) | 12/31/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nathan, Alison J. | 12/15/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The Eaton Vance Floating Rate Fund EIBLX and SunAmerica Focused Dividend Strategy FDSWX were intially purchased in 2012 and mistakenly omitted from the 2012 report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Alison J. Nathan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544